IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHARON HARDMAN                                                                                         PLAINTIFF

v.                                            No. 5:17CV00123 JLH

NANCY BERRYHILL, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 13th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE